IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BENILIK A. MENELIK                          *

          Plaintiff,                  *

v.                                            Case No. 3:25-CV-00197-TES

                                    *

RACETRAC INC., et al,                       

                                    *

          Defendants.                 

                                    *
_____

## J U D G M E N T

Pursuant to this Court's Order dated March 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 18th day of March, 2026.


David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk